**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **v.** | ) |
| | ) **CRIM NO. 20-CR-12** |
| **ZACHARY JACKSON,** | ) **Judge: Lamberth** |
| | ) |
| **Defendant.** | ) |

## MOTION TO CONTINUE TRIAL

COMES NOW Zachary Jackson, by and through counsel, and moves to continue trial. As reasons therefore, defendant states as follows:

1.     On July 18, 2021, undersigned counsel was appointed to the present case.

2.     On or about November 12, 2021, Mr. Jackson was transferred from the D.C. Jail to USP Lewisburg in Lewisburg, Pennsylvania. Undersigned counsel was not informed of Mr. Jackson's transfer by the government or the court.

3.     For a few days prior to November 28, 2021, undersigned counsel was unable to find his client, as he did not appear via computer records to either D.C. Jail or in USP Lewisburg, or, for that matter, any federal facility. On the afternoon of Sunday, November 28, 2021, after reaching out to Mr. Jackson's mother, undersigned counsel was informed that Mr. Jackson was at the Alexandria

1

Detention Center (ADC), as his mother had heard back from Mr. Jackson for the first time on that day. A few hours later, undersigned counsel traveled out to the ADC to attempt to meet with Mr. Jackson that evening to attempt to prepare for the motion to suppress hearing but was unable to meet with Mr. Jackson because he did not have an appointment. The ADC only allows for personal legal conferences to occur when they have been scheduled during normal business hours.

4.      On November 29, 2021, the court held the motion to suppress in this matter. Prior to the suppression hearing, undersigned counsel described the difficulties the defense had in preparing for the hearing, including the inability for the Mr. Jackson and counsel to have personal time to converse. Fortunately, undersigned counsel was required to take a break during the motion to suppress to be able to have some limited private discussions. The motion to suppress was completed the same day and the motion was denied.

5.      The next day, November 30, 2021, undersigned counsel contacted ADC to plan to see Mr. Jackson, as visits are currently by appointment only. The officer in charge of appointments informed undersigned counsel that Mr. Jackson was no longer in the facility. Searches in Vinelink (for DC inmates) and the Bureau of Prisons website (for federal prisoners) also provided no information as to Mr. Jackson's whereabouts. Undersigned counsel then contacted government counsel

for assistance in locating Mr. Jackson. A few hours later, the government let the defense know that Mr. Jackson was transferred to Northern Neck Regional Jail ("Northern Neck"), approximately 2 hours from Washington, DC.

6.      On Thursday, December 2nd , 2021, and Friday, December 3rd,  2021, undersigned counsel made efforts to try and make arrangements to make a legal visit down to Northern Neck over the weekend by making multiple phone calls and emails. Unfortunately, counsel never heard back from the facility and could not set up a personal legal visit. However, because counsel had been previously registered with the Northern Neck videoconference system, undersigned counsel was able to schedule a video conference the morning of Saturday, December 4, 2021. Counsel, however, remains unable to meet individually with Mr. Jackson to date for the purposes of reviewing evidence privately.

7.      During that videoconference of December 4, 2021, Mr. Jackson indicated that he would like time to consider the plea offer. Accordingly, he has asked for the trial to be continued for that reason.

8.      Due to the challenges counsel has had to be able to have personal meetings with the defendant, and due to Mr. Jackson's desire to consider the plea, Mr. Jackson moves to continue the trial.

9.     The defense has contacted government counsel, who has indicated

they oppose the motion.


                                        Respectfully submitted,

                                        ZACKARY JACKSON
                                        By Counsel


                                          /s/ John L. Machado
                                        John L. Machado, Esq.
                                        Bar No. 449961
                                        Counsel for Zackary Jackson
                                        503 D Street, N.W., Suite 310
                                        Washington, DC 20001
                                        Telephone: (703) 989-0840
                                        E-mail: johnlmachado@gmail.com

4

## **Certificate of Service**

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 5th day of December, 2021, which will send a notification of such filing (NEF) to the following to all counsel of record.


 /s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Attorney for Zackary Jackson
Law Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com